IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00109-CR-W-HFS |
| SEAN A. WINSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on February 18, 2021, and Magistrate Judge W. Brian Gaddy considered the forensic evaluation prepared by Stephen E. Peterson, M.D., who determined that, at the present time, the defendant demonstrated substantial rational ability to understand the nature and consequences of the court proceedings against him, and a logical capacity to properly assist counsel in his defense. (Doc. 36).

After making an independent review of the record, and the applicable law, Judge Gaddy determined in a Report and Recommendation (Doc. 39), that the defendant was not currently suffering from a mental disease or defect which

would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Thus, Judge Gaddy concluded that the defendant was competent to proceed.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 39) are ADOPTED by the undersigned.

        s/ Howard F. Sachs
        HOWARD F. SACHS
        United States District Judge

Dated: March 9, 2021
Kansas City, Missouri